FILED
2010 NOV 22 AM 11:55
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY_____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF | CR 10-1212 |
| v. | |
| Robin Phillips  DEFENDANT(S). | DESIGNATION AND APPEARANCE OF COUNSEL |

## DESIGNATION OF COUNSEL

I, the undersigned defendant in the above-numbered case, hereby designate and appoint **Summer McKeivier**, Esquire, as my attorney to appear for me throughout all proceedings in this case.

**11/22/2010**
Date

*[Defendant's Signature]*
Defendant's Signature

**Claremont, Ca**
City and State

## APPEARANCE OF COUNSEL

I, **Summer McKeivier** Attorney at law duly admitted to practice before the United States District Court for the Central District of California, hereby consent to my designation and appointment as counsel for the above-named defendant. The Clerk is therefore requested to enter my appearance as defendant's counsel.

Receipt is hereby acknowledged of a copy of the Indictment or Information in this case.

**11·22·10**
Date

*[Attorney's Signature]*
Attorney's Signature

**230605**
California State Bar Number

**4181 Sunswept Dr., Ste. 100**
Street Address

**Studio City, CA 91604**
City, State, Zip Code

**818 487 7400**     **818 487 7414**
Telephone Number     Fax Number

**summer@vdgmail.com**
E-mail Address

---

CR-14 (01/07)     DESIGNATION AND APPEARANCE OF COUNSEL